JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:21-cv-02134-CJC-E              Date  4/23/2021

Title       COLTON BRYANT V. ABIOLA A. DELU ET AL

Present :  The Honorable  CORMAC J. CARNEY, U.S. DISTRICT JUDGE

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF DISMISSAL**

   The Court is in receipt of Plaintiff's Notice of Dismissal of the entire action [14], and hereby orders the case dismissed without prejudice. Further, the Court orders all proceedings in the case vacated and taken off calendar.

                                                                          _ : _
                                              Initials of Deputy Clerk:  cw